# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dorian E. Pfeifer, Susan D. Payne,      :
Diane Torockio, Richard R. Dailey,      :
Susan M. Peterman, Deborah R. Miller,    :
and Linda Blackburn Scott, Ruth Ellen    :
Gallagher, and Judith A. Gallagher      :
             Appellants      :
     :
           v.              :     No. 1346 C.D. 2014
     :
Westmoreland County Tax Claim      :
Bureau, BP Mineral Holdings III, LLC;   :
Somerset Minerals, LP;      :
BRC Appalachian Minerals I, LLC      :

# **O R D E R**

AND NOW, November 17, 2015, it is ordered that the above-captioned Memorandum Opinion, filed September 1, 2015, shall be designated OPINION and shall be REPORTED.

 

                                  _____

                                  BERNARD MCGINLEY, Judge